1   BRUCE W. KELLEY
    Nevada Bar No. 7331
2   ATKIN WINNER & SHERROD
    1117 South Rancho Drive
3   Las Vegas, Nevada 89102
    Phone (702) 243-7000
4   Facsimile (702) 243-7059
    bkelley@awslawyers.com
5
    Attorneys for Defendant LOYA INSURANCE
6   COMPANY

7                 UNITED STATES DISTRICT COURT

8                      DISTRICT OF NEVADA

9   MARCO MONTANO,                    CASE NO.: 2:15-cv-01676 - LDG-VCF

10                  Plaintiff,

11  vs.

12  LOYA INSURANCE COMPANY, FRED
    LOYA INSURANCE COMPANY, and
13  JOHN DOES I through X, inclusive,

14                  Defendants.

15

16  **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF**

17  **PLAINTIFF'S EXTRA CONTRACTUAL CLAIMS**

18  **AND FOR REMAND OF CASE TO STATE COURT**

19      Victor Lee Miller Esq., of the law offices of VICTOR LEE MILLER, attorney for the

20  Plaintiff MARCO MONTANO, and Bruce William Kelley, Esq., of the law offices of ATKIN

21  WINNER & SHERROD, attorney for Defendant LOYA INSURANCE COMPANY have agreed

22  as follows:

23      1.    Plaintiff will voluntarily dismiss without prejudice all of his extra-contractual

24            claims as stated in the Second Cause of Action of Plaintiff's Complaint; and

25      2.    Based upon Plaintiff's withdrawal of the extra-contractual claims as well as

26            Plaintiff's representation that he is not now seeking nor will he ever seek damages

27            in excess of $75,000, the parties hereby agree that this case should be remanded to

28            the State Court.

ATKIN WINNER & SHERROD LTD
A NEVADA LAW FIRM

IT IS HEREBY STIPULATED by and between the parties that that Plaintiff's extra-contractual claims as stated in the Second Cause of Action of Plaintiff's Complaint be dismissed without prejudice and that the case be remanded to the State Court.

Dated: October 14, 2015

ATKIN WINNER & SHERROD

Bruce W. Kelley
Nevada Bar No. 7331
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant LOYA INSURANCE COMPANY

DATED: October 9th, 2015

LAW OFFICES OF VICTOR LEE MILLER

Victor Lee Miller
Nevada Bar No. 2411
806 Buchanan Boulevard, Suite 115-338
Boulder City, NV 89005
Attorneys for Plaintiff MARCO MONTANO

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's extra-contractual claims as stated in the Second Cause of Action of Plaintiff's Complaint be dismissed without prejudice and that the case be remanded to the State Court with each party to bear their own costs and attorneys' fees.

DATED this 16 day of October 2015

DISTRICT JUDGE
LLOYD D. GEORGE

ATKIN WINNER & SHERROD LTD
A NEVADA LAW FIRM